1 Stephen K. McElroy, Esq. (SBN 129239)
Josh Dowell, Esq. (SBN 216836)
2 **CARPENTER, ZUCKERMAN & ROWLEY, LLP**
407 Bryant Circle, Suite F
3 Ojai, CA 93023
Tel:   (805) 272-4001  /  Fax:  (805) 719-6858
4 Email: team3@czrlaw.com

5 Attorneys for Plaintiff, NORMA NAVARRO

6

7 Terrence Jones, Esq., (Cal. Bar No. 256603)
**THE LAW OFFICE OF TERRANCE JONES**
8 6737 Bright Avenue, Suite B6
Whittier, CA 90601
9 Tel:   (213) 863-4490  /
Email: terrence@jesonlaw.com

10  Attorneys for Plaintiff, WALDEMAR VALENTIN

11

12

13                SUPERIOR COURT OF THE STATE OF CALIFORNIA

14   FOR THE COUNTY OF CENTRAL DISTRICT OF CALIFORNIA - EASTERN

15                                DIVISION

16

17 NORMA NAVARRO and                    CASE NO.:   5:16-CV-01856-CAS-SP
   WALDEMAR VALENTIN,
18                                      **PLAINTIFFS' AMENDED WITNESS**
                   Plaintiff,          **LIST**
19
          v.
20
   FRED HAMILTON; HAMILTON
21 TRANSPORTATION SERVICES,
   LLC and DOES 1 through 50,
22
                   Defendant.
23

24                                     *Complaint Filed: June 8, 2016*
                                       *Trial Date: September 18, 2018*
25

26          **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

27

28       Pursuant to L.R. 16-5 Plaintiffs, Norma Navarro and Waldemar Valentin, by

Carpenter,
Zuckerman &
Rowley LLP

1

and through their counsel, expect to rely on the following exhibits at trial:

| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony is Unique | Time for Direct Exam by Pltf (hours) | Time for Cross Exam by Pltf (hours) | Dates of Testimony |
|---|---|---|---|---|
| Norma Navarro 554 Balham Ave. La Puente, CA 91744 (626) 723- 9287 | Ms. Navarro is a Plaintiff in this case. She will testify as to the facts of the case as well as injuries and damages for her and Co-Plaintiff, Waldemar Valentin. | 3.0 | | |
| Waldemar Valentin 554 Balham Ave. La Puente, CA 91744 (626) 723- 9287 | Mr. Valentin is a Plaintiff in this case. He will testify as to the facts of the case as well as injuries and damages for himself and Co-Plaintiff, Norma Navarro. | 3.0 | | |
| Fred Lee Hamilton 16956 Weld Country Road 53, La Salle, CO 80645 (303) 589-4272 | Mr. Hamilton is the Defendant driver in this case and is expected to testify as to the facts of the case. | | 2.0 | |
| John Henry Zamora 11328 Monte Vista Dr. Whittier, CA 90601 (562) 322-8696 | Mr. Zamora is a percipient witness to the accident and will testify as to his observations of Plaintiffs' vehicle before and during the accident. | 1.0 | | |
| Officer Rene Zamora 14039 Francisquito Ave. Baldwin Park, CA 91706 | Officer Zamora (no relation to witness Zamora) will testify as to his observations on the night of the accident and his investigation of the | 1.0 | | |

Carpenter, Zuckerman & Rowley LLP

2

**PLAINTIFFS' AMENDED WITNESS LIST**

| | | | | |
|---|---|---|---|---|
| (626) 338-1164 | accident. | | | |
| Mohammad Atrod, Ph.D., P.E. 2421 Palm Drive Signal Hill, CA 90755 (562) 427-8435 | Mr. Atrod is Plaintiff's accident reconstruction expert. He will testify regarding his reconstruction of the collision and opinion regarding the liability as it relates to the crash. | 2.0 | | |
| Sharon Kawai, M.D. 15775 Laguna Canyon Road, Suite 120 Irvine, CA 92618 (714) 449-3340 | Dr. Kawai is Plaintiff's Physical Medicine and Rehabilitation.  Dr. Kawai is expected to testify concerning her evaluation along with opinions as to injuries, causation of injuries, diagnosis, prognosis and all damages, including need for past and future medical care and costs related to the care, disability, function and supportive care. | 3.0 | | |
| Lew Grill 3311 Ben Hogan Lane Billings, MT 59106 (406) 248-2766 | Mr. Grill is Plaintiff's expert in Commercial Motor Vehicle Safety and Compliance. Mr. Grill is expected to testify concerning causation.  Mr. Grill has yet to complete his written and signed report. His report will be forwarded immediately upon completion. | 2.0 | | |
| Tamorah Hunt, Ph.D. 1851 E. First Street, Suite 1160 | Dr. Hunt is Plaintiff's expert economist. Dr. Hunt is anticipated to provide expert testimony | 2.0 | | |

Carpenter, Zuckerman & Rowley LLP

3

**PLAINTIFFS' AMENDED WITNESS LIST**

| | | | | |
|---|---|---|---|---|
| Santa Ana, CA 92705 (714) 542-8853 | regarding damages, including her opinions concerning all the economic losses of Plaintiffs, both past and future. | | | |
| CalTrans PMK 3355 Michaelson Drive Irvine, CA 92612 | Evidence of "emergency parking only" signs along interstate 15 (the Ontario freeway) northbound between 210 and 215 in Riverside county from 2005 - Present. Including, but not limited to, photos, plans, maintenance, orders, authorizations, signs, repair records, etc. | 1.0 | | |
| Joy Schneider CalTrans 3355 Michaelson Drive Irvine, CA 92612 | Evidence of "emergency parking only" signs along interstate 15 (the Ontario freeway) northbound between 210 and 215 in Riverside county from 2005 - Present. Including, but not limited to, photos, plans, maintenance, orders, authorizations, signs, repair records, etc. | 1.0 | | |
| Daniel Hoss, M.D. Loma Linda University 101 East Redlands Blvd., Suite 1300 San Bernardino, CA 92408 (909) 6514191 | Regarding treatment of injuries arising out of the subject collision | | | |
| Susie Kay, M.D. Garfield Medical | Regarding treatment of injuries arising out of the | | | |

Carpenter, Zuckerman & Rowley LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

**PLAINTIFFS' AMENDED WITNESS LIST**

| | | | |
|---|---|---|---|
| Center<br>525 N. Garfield Ave.<br>Monterey Park, CA 91754<br>(888) 214-3874 | subject collision | | |
| Chieh-Jen Calvin Yank, M.D.<br>Ventura Imaging Center<br>16311 Vetura Blvd., Suite 787<br>Encino, CA 91436<br>(818) 905-7323 | Regarding treatment of injuries arising out of the subject collision | | |
| Peter Chow, M.D.<br>Valley Imaging Partnership<br>1401 W. Merced Ave.<br>West Covina, CA 91790<br>(626) 813-9988 | Regarding treatment of injuries arising out of the subject collision | | |
| Jose Santz, M.D.<br>Precision Occupational Medical Group<br>1809 E. Dyer Road, Suite 313<br>Santa Ana, CA 92705<br>(949) 955-0022 | Regarding treatment of injuries arising out of the subject collision | | |
| Isaac Schmidt, M.D.<br>Kovar Ortho Clinic<br>354 N. Azusa Ave.<br>West Covina, CA 91791<br>(626) 915-4865 | Regarding treatment of injuries arising out of the subject collision | | |

Carpenter,
Zuckerman &
Rowley LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5

**PLAINTIFFS' AMENDED WITNESS LIST**

| | | | |
|---|---|---|---|
| John Culhane, M.D. Arrowhead Regional Medical Center 400 N. Pepper Ave. Colton, CA 92324 (909) 580-1000 | Regarding treatment of injuries arising out of the subject collision | | |
| Lindi Gose, EMT American Medical Response 7925 Center Ave. Rancho Cucamonga, CA 91730 | Regarding treatment of injuries arising out of the subject collision | | |
| John Curlowicz, EMT American Medical Response 7925 Center Ave. Rancho Cucamonga, CA 91730 | Regarding treatment of injuries arising out of the subject collision | | |
| Kathryn Seiler, D.O. Arrowhead Regional Medical Center 400 N. Pepper Ave. Colton, CA 92324 (909) 580-1000 | Regarding treatment of injuries arising out of the subject collision | | |
| Justin M. Brown, M.D. UC San Diego Health 200 W. Arbor Drive San Diego, CA | Regarding treatment of injuries arising out of the subject collision | | |

Carpenter,
Zuckerman &
Rowley LLP

6

**PLAINTIFFS' AMENDED WITNESS LIST**

| 92103<br>(619) 543-3500 | | | | |
|---|---|---|---|---|

DATED:  January 7, 2019     **CARPENTER, ZUCERKMAN & ROWLEY**

By: _____/S/_____
STEPHEN K MCELROY, Esq.
Attorney for Plaintiff,
NORMA NAVARRO

DATED:  January 7, 2019     **LAW OFFICE OF TERRENCE JONES**

By: _____/S/_____
TERRENCE JONES, Esq.
Attorney for Plaintiff,
WALDEMAR VALENTIN

Carpenter,
Zuckerman &
Rowley LLP

7

**PLAINTIFFS' AMENDED WITNESS LIST**

**<u>PROOF OF SERVICE</u>**

STATE OF CALIFORNIA, COUNTY OF CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action. My business address is 407 Bryant Circle, Suite F, Ojai, CA 93023.

On January 7, 2019 I served the foregoing document(s) described as **PLAINTIFFS' AMENDED WITNESS LIST,** on all interested parties in this action as set forth on the attached service list as follows:

X   **BY MAIL:** I placed a true copy of the above captioned documents in a sealed envelope addressed as shown above. I deposited such envelope in the mail at Ojai, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

☐   **BY OVERNIGHT MAIL:** By sealing the envelope and placing it for collection and overnight delivery in a box regularly maintained by an overnight delivery service with delivery fees paid or provided for in accordance with ordinary business practices.

☐   **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to counsel for defendants.

☐   **BY ELECTRONIC TRANSFER/VIA FACSIMILE:** I caused all of the pages of the above-entitled document(s) to be sent to the recipients noted above via electronic transfer (FAX) at the respective telephone numbers indicated above.

☐   **BY ELECTRONIC SERVICE:** Pursuant to the agreement of the parties, I caused said document(s) to be delivered via electronic mail to the addressee(s) set forth on the attached service list.

☐   STATE:   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X   FEDERAL: I declare that I am employed in the office of the member of the bar of this court at whose direction the service was made.

Executed on the above date at Ojai, California.

_____
NINA NIGRO

Carpenter,
Zuckerman &
Rowley LLP

8

**PLAINTIFFS' AMENDED WITNESS LIST**

1
2
3
4

## SERVICE LIST

Navarro, Norma v. Fred Hamilton, et al.
5:16-CV-01856-CAS-SP

5
6

7   Barry Clifford Snyder, Esq.          *Attorneys for Defendants/Counter-*
    Jeffrey Y. Choi, Esq.                *Claimants FRED LEE HAMILTON*
8   SNYDER BURNETT EGERER, LLP           *and HAMILTON*
    5383 Hollister Ave., Suite 240       *TRANSPORTATION SERVICES,*
    Santa Barbara, California 93111      *LLC,*
9   Tel: (805) 692-2800
    Fax: (805)692-2801
10  bsnyder@snyderlaw.com
    jchoi@snyderlaw.com
11  Terrence Jones                       *Attorneys for Plaintiff WALDEMAR*
    Law Office of Terrence Jones         *VALENTIN*
12  6737 Bright Ave, Suite B6
    Whittier, CA 90601
13  Tel: (213) 863-4490
    terrence@joneslaw.com
14

15  Stuart Mark Sherman                  *Attorneys for Plaintiffs NORMA*
    30961 Agoura Rd., Suite 103          *NAVARROand WALDEMAR*
    Westlake Village, CA 91361           *VALENTIN*
16  Tel: (818) 706-3790
    Fax: (877) 706-3795
17  stuartsher@sbcglobal.net

18  William M. Margolin                  *Attorneys for Plaintiffs NORMA*
    Law Offices of William Mitchell      *NAVARRO and WALDEMAR*
19  Margolin                             *VALENTIN*
    23548 Calabasas Rd., Suite 202
20  Calabasas, CA 91302
    Tel: (818) 999-4529
21  Fax: (818) 999-1956
    Jegalhelpforyou@msn.com
22

23
24
25
26

Carpenter,
Zuckerman & 27
Rowley LLP
28

**PLAINTIFFS' AMENDED WITNESS LIST**