# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| NORMA NAVARRO and WALDEMAR VALENTIN,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FRED HAMILTON; HAMILTON TRANSPORTATION SERVICES, LLC and DOES 1 through 50,<br><br>　　　　Defendants.<br>_____/ | Case No. 5:16-cv-01856-VAP-SP<br><br>*Hon. Virginia A. Phillips*<br><br>**[PROPOSED]**<br>**JUDGMENT ON JURY VERDICT** |

This matter came on regularly for trial on February 20, 2019, and was tried before a jury with United States Chief District Judge Virginia A. Phillips presiding. A jury was empaneled, witnesses were sworn and testified and on February 26, 2019, the jury was given instructions and Special Verdict Forms for Plaintiff Norma Navarro and Plaintiff Waldemar Valentin. On February 26, 2019, after retiring to deliberate, the jury returned its Special Verdict Forms and answered the factual questions unanimously as follows:

///

1

**SPECIAL VERDICT FORM FOR PLAINTIFF NORMA NAVARRO:**

**Question No 1:** Was Fred Hamilton negligent?

*Answer by checking Yes or No.*

**YES** ☐    **NO** X

**SPECIAL VERDICT FORM FOR PLAINTIFF WALDEMAR VALENTIN:**

**Question No 1:** Was Fred Hamilton negligent?

*Answer by checking Yes or No.*

**YES** ☐    **NO** X

Both Special Verdict Forms were signed and dated February 26, 2019, by the Jury Foreperson.

Therefore, **IT IS ORDERD, ADJUDGED, AND DECREED**, that Judgment is entered in favor of defendants FRED HAMILTON and HAMILTON TRANSPORTATION SERVICES, LLC and that Plaintiffs Norma Navarro and Waldemar Valentin take nothing.

Defendants may move for costs pursuant to Federal Rule of Civil Procedure 54(d) and Central District of California Local Rule 54-1.

Dated: March 19, 2019

_____
Virginia A. Phillips
United States Chief District Judge